UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEATRICE SHIRLEY WILLIAMS STEELE,

    *Plaintiff*,

-against-

CAPITAL ONE BANK,

    *Defendant*.

23-cv-03745 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The parties are ORDERED to file a joint status report on Plaintiff's eviction on or before September 5, 2023.

**SO ORDERED.**

**Dated:**     **August 29, 2023**
             **New York, New York**

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**