UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BEATRICE SHIRLEY WILLIAMS STEELE,**<br><br>*Plaintiff*,<br><br>-against-<br><br>**CAPITAL ONE BANK,**<br><br>*Defendant.* | 23-cv-03745 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made on or before November 10, 2023.

**SO ORDERED.**

Dated:   **September 11, 2023**
         **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          United States District Judge